UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JAMES R. SMITH,

        Petitioner,

   v.

MICHELLE RICCI, et. al.,

        Respondents.

Civil Action No. 10-1398 (JBS)

**ORDER**

For the reasons set forth in the Court's Opinion filed herewith, and it appearing that the petition may be time-barred pursuant to 28 U.S.C. § 2244(d),

It is on this **6th** day of **October**, 2010,

ORDERED that, on or before November 8, 2010, petitioner, James R. Smith, is directed to show cause in writing, filed with the Clerk of the Court, why the petition should not be dismissed as time-barred under 28 U.S.C. § 2244(d).

                                            **s/ Jerome B. Simandle**
                                            JEROME B. SIMANDLE
                                            United State District Judge